# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| HOTEL SAINT GEORGE LLC | § § § | |
|    Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO.: |
| ACADIA INSURANCE COMPANY, UNION STANDARD INSURANCE GROUP and JAMES AMATO | § § § § § | |
|    Defendants. | § § | |

## INDEX OF DOCUMENTS FILED IN STATE COURT

Pursuant to Local Rule 81 Defendant Acadia Insurance Company ("Acadia") files this Index of Documents Filed in State Court, as of the date Acadia filed its Notice of Removal, and as of the date of this Index being filed.

| No. | Document Filed | Filing Party | Date Filed | Exhibit |
|---|---|---|---|---|
| 1. | Case Information Sheet | Court | | A |
| 2. | Plaintiff's Original Petition | Plaintiff | 01/22/2021 | B |
| 3. | Jury Fee | Plaintiff | 01/25/2021 | C |
| 4. | Return of Service for Acadia Insurance Company | Plaintiff | 02/12/2021 | D |
| 5. | Return of Service for Union Standard Insurance Group | Plaintiff | 02/18/2021 | E |
| 6. | Return of Service for James Amato | Plaintiff | 02/23/2021 | F |
| 7. | Defendants Answer to Plaintiff's Original Petition | Defendants | 03/08/2021 | G |

March 10, 2021

                Respectfully submitted,

                */s/J. Price Collins*
                J. PRICE COLLINS
                Texas Bar No. 04610700
                Email: price.collins@wilsonelser.com
                LISA M. WILSON
                Texas Bar No. 24013767
                Email: lisa.wilson@wilsonelser.com
                TIMOTHY P. DELABAR
                Texas Bar No. 24116273
                Email: timothy.delabar@wilsonelser.com

                **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
                901 Main Street, Suite 4800
                Dallas, Texas  75202-3758
                Telephone:  (214) 698-8000
                Facsimile: (214) 698-1101

                **ATTORNEYS FOR DEFENDANT ACADIA INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record in accordance with the Federal Rules of Civil Procedure, on this the 10th day of March, 2020.

      Leslie C. Thorne
      Leslie.thorne@haynesboone.com
      Michael J. Scanlon
      Michael.scanlon@haynesboone.com
      Haynes and Boone, LLP
      600 Congress Avenue, Suite 1300
      Austin, TX 78701

                */s/Lisa M. Wilson*
                **LISA M. WILSON**